An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ZACHARY B. COUGHLIN,
Appellant,

vs.

RENO JUSTICE COURT; CHIEF
JUSTICE SCOTT PEARSON; JUDGE
DAVID WAYNE CLIFTON; AND
WASHOE COUNTY DISTRICT
ATTORNEY'S OFFICE,
Respondents.

No. 63041

**FILED**

MAY 23 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order striking an emergency petition for a writ of mandamus. Second Judicial District Court, Washoe County; Elliott A. Sattler, II, Judge.

Because no statute or court rule permits an appeal from an order striking a petition, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA


(O) 1947A

13-15271

cc:   Hon. Elliott A. Sattler, II, District Judge
Zachary B. Coughlin
Washoe County District Attorney
Washoe District Court Clerk